B4 (Official Form 4) (12/07)

United States Bankruptcy Court
Northern District of California

In re  **SeeqPod, Inc.**                                              Case No. _____
                          Debtor                                      Chapter  **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Farella Braun + Martel<br>235 Montgomery St., 30th Floor<br>San Francisco, CA  94104 | | | | $424,235.06 |
| Lawrence Berkeley National Lab<br>P. O. Box 528<br>Berkeley, CA  94720 | | | | $301,021.16 |
| Level 3<br>Dept 182<br>Denver, CO  80291-0182 | | | | $99,152.74 |
| Harvest Properties<br>6475 Christie Avenue #550<br>Emeryville, CA  94608 | | | | $60,000.00 |
| Opsource<br>Dept CH 17163<br>Palatine, IL  60055-7163 | | | | $50,380.00 |
| NTT Communications<br>P. O. Box 660322<br>Dallas, TX  75266-0322 | | | | $26,188.76 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **SeeqPod, Inc.** , Case No. _____
                Debtor              Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Knobbe Martens Olson & Bear<br>2040 Main Street, 14th Floor<br>Irvine, CA 92614 | | | | $22,308.02 |
| Audible Magic<br>985 University Avenue #35<br>Los Gatos, CA 95032 | | | | $22,207.86 |
| WBS Connect<br>Dept 2341, P. O. Box 122341<br>Dallas, TX 75312-2341 | | | | $15,625.08 |
| Caleb Pate<br>2015 Stockton St. #1<br>San Francisco, CA 94133 | | | | $15,000.00 |
| David Curtner<br>201 Michael Drive #D1<br>Campbell, CA 95008 | | | | $13,750.02 |
| Barnett Ellman<br>8484 Wilshire Blvd. #242<br>Beverley Hills, CA 90211 | | | | $12,709.00 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **SeeqPod, Inc.**, Case No. _____
Debtor
Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Bryan Siepert<br>3448 Orchard Hill Court #2<br>Lafayette, CA 94549 | | | | $9,092.50 |
| Derrik Sakima<br>320 Steiner Street<br>San Francisco, CA 94117 | | | | $8,235.02 |
| Telehouse<br>P. O. Box 7247-6180<br>Philadelphia, PA 19170-6180 | | | | $8,112.80 |
| Blue Shield<br>File 55331<br>Los Angeles, CA 90074-5331 | | | | $7,500.00 |
| Revel Industries<br>885 Florida St. #5<br>San Francisco, CA 94110 | | | | $6,796.00 |
| Hitwise<br>300 Park Avenue South, 9th Floor<br>New York City, New York 10010 | | | | $6,500.00 |

In re **SeeqPod, Inc.**_____, Case No. _____
                          Debtor                           Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Laura Proctor<br>P. O. Box 263<br>Crockett, CA 94525 | | | | $6,263.52 |
| Emma Keefe<br>627 Alma Avenue #B<br>Oakland, CA 94610 | | | | $5,932.92 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Kasian Franks, CEO/CVO of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: 3/25/09                         Signature: _____

                                      **Kasian Franks, CEO/CVO**
                                      (Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.