CAMPEAU GOODSELL SMITH
A Law Corporation
SCOTT L. GOODSELL, SBN 122223
440 N. First Street, Suite 100
San Jose, California 95112
(408) 295-9555

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re:                                    ) Case No. 09-52226
                                          )
  SEEQPOD, INC.,                          ) CHAPTER 11
                    Debtor.               )
                                          )

### DISCLOSURE OF COMPENSATION UNDER
### 11 U.S.C. §329(a) AND BANKRUPTCY RULE 2016(b)

The undersigned attorney declares under penalty of perjury that:

1. The compensation to be paid for services to be rendered or costs incurred by CAMPEAU GOODSELL SMITH in connection with the case, is as follows: $25,000.00 as a pre-Petition retainer and $50,000.00 as a post-Petition retainer (paid after Court hearing and approval), plus such additional compensation as may be approved by this Court for services rendered in this case. The source of such compensation is: Debtor's cashier's check.

2. Neither the law firm of CAMPEAU GOODSELL SMITH, nor any of its employees, has shared or agreed to share such compensation as set forth hereinabove with anyone except the shareholders and regular employees of said law firm.

1 | I declare under penalty of perjury that the foregoing is true and correct and that this
2 | declaration was executed at San Jose, California, on March 25, 2009.

                    /s/ Scott Goodsell
                    SCOTT L. GOODSELL