CAMPEAU GOODSELL SMITH
A Law Corporation
SCOTT L. GOODSELL, SBN 122223
440 N. First Street, Suite 100
San Jose, California 95112
(408) 295-9555

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re:                                                ) Case No. 09-52226
                                                      )
    SEEQPOD, INC.,                            ) CHAPTER 11
                                                      )
               Debtor.      )
_____)

## EX PARTE APPLICATION TO CONVERT CASE

       SEEQPOD, INC., Debtor and Debtor-in-Possession herein, hereby gives notice of its request to convert this case to a Chapter 7 proceeding.

       WHEREFORE, Applicant prays that this Court enter its order converting this case to a Chapter 7 proceeding.

Dated:    May 8, 2009               CAMPEAU GOODSELL SMITH


                                                   By   /s/ Scott L. Goodsell
                                                      Scott L. Goodsell
                                                      Attorneys for Debtor