CAMPEAU GOODSELL SMITH
A Law Corporation
SCOTT L. GOODSELL, SBN 122223
440 N. First Street, Suite 100
San Jose, California 95112
(408) 295-9555

Attorneys for Debtor

The following constitutes
the order of the court. Signed May 14, 2009

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re: | ) | Case No. 09-52226 |
| | ) | |
| SEEQPOD, INC., | ) | CHAPTER 11 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

## ORDER TO CONVERT CASE

Upon application of SEEQPOD, INC., Debtor and Debtor-in-Possession herein, hereby gives notice of its request to convert this case to a Chapter 7 proceeding,

IT IS HEREBY ordered that this case is converted to a Chapter 7 proceeding.

\* \* \*   END OF ORDER   \* \* \*

Court Service List

| | |
|---|---|
| 1 | A T & T / Office<br>Sacramento, CA 95887-0001 |
| 2 | |
| 3 | A T & T / Sacramento<br>Sacramento, CA 95887-0001 |
| 4 | A T & T Mobility |
| 5 | P. O. Box 6463<br>Carol Stream, IL 60197-6463 |
| 6 | |
| 7 | Advantage Business Media<br>100 Enterprise Drive #600<br>Rockaway, IL 07866 |
| 8 | |
| 9 | American Registry / Internet<br>P. O. Box 79010 |
| 10 | Baltimore, MD 21279-0010 |
| 11 | Audible Magic<br>985 University Avenue #35 |
| 12 | Los Gatos, CA 95032 |
| 13 | Bark Louder Consulting |
| 14 | 3427 77th Place SE<br>Mercer Island, WA 98040 |
| 15 | Barnett Ellman |
| 16 | 8484 Wilshire Blvd. #242<br>Beverley Hills, CA 90211 |
| 17 | |
| 18 | Blue Shield<br>File 55331 |
| 19 | Los Angeles, CA 90074-5331 |
| 20 | Bryan Siepert |
| 21 | 3448 Orchard Hill Court #2<br>Lafayette, CA 94549 |
| 22 | Business Wire |
| 23 | 44 Montgomery St., 39th Floor<br>San Francisco, CA 94104 |
| 24 | |
| 25 | |
| 26 | CacheNetworks<br>209 W. Jackson Blvd. #700<br>Chicago, IL 60606 |
| 27 | |
| 28 | Caleb Pate<br>2015 Stockton St. #1 |

```
San Francisco, CA 94133

California Secretary of State
1500 11th Street
Sacramento, CA 95814

Casey Speer
5930 Avila Street
El Cerrito, CA 94530

CCIA Comp/Comm Ind Assoc
900 17th St. NW #100
Washington, DC 20006

Chris Orr
575 O'Farrell St. #504
San Francisco, CA 94102

Christina Richards
807 Ashbury St. #4
San Francisco, CA 94117

City of Emeryville
1333 Park Avenue
Emeryville, CA 94608

CNA Insurance
c/o Lawson Hawks
1091 N. Shoreline Blvd. #200
Mountain View, CA 94042

Cobalt
819 Bancroft Way
Berkeley, CA 94710

David Curtner
201 Michael Drive #D1
Campbell, CA 95008

Derrik Sakima
320 Steiner Street
San Francisco, CA 94117

Emma Keefe
627 Alma Avenue #B
Oakland, CA 94610

Erick Herrarte
2550 Tamalpais Avenue
```

| | |
|---|---|
| 1 | El Cerrito, CA 94530 |
| 2 | |
| | Farella Braun + Martel |
| 3 | 235 Montgomery St., 30th Floor |
| | San Francisco, CA 94104 |
| 4 | |
| | Fastrak |
| 5 | P. O. Box 26926 |
| | San Francisco, CA 94126 |
| 6 | |
| | Fed Ex |
| 7 | P. O. Box 7221 |
| 8 | Pasadena, CA 91109-7321 |
| 9 | Geiger |
| | P. O. Box 712144 |
| 10 | Cincinnati, OH 45271-2144 |
| 11 | |
| | Harvest Properties |
| 12 | 6475 Christie Avenue #550 |
| | Emeryville, CA 94608 |
| 13 | |
| | Hitwise |
| 14 | 300 Park Avenue South, 9th Floor |
| 15 | New York City, New York 10010 |
| 16 | Ising Culligan Water |
| | P. O. Box 1140 |
| 17 | Livermore, CA 94551-1140 |
| 18 | |
| | Jason Stinnett |
| 19 | 1260 61st Street #A |
| | Emeryville, CA 94608 |
| 20 | |
| | Jim Leftwich |
| 21 | 131 Hawthorne Ave. #F |
| | Palo Alto, CA 94301 |
| 22 | |
| 23 | Kasian Franks |
| | 1639 Oak View |
| 24 | Kensington, CA 94707 |
| 25 | Knobbe Martens Olson & Bear |
| | 2040 Main Street, 14th Floor |
| 26 | Irvine, CA 92614 |
| 27 | |
| | Laura Proctor |
| 28 | P. O. Box 263 |

```
 1  Crockett, CA 94525
 2  Laurieanne Lassek
 3  12 Birch Street
    Mill Valley, CA 94941
 4
    Lawrence Berkeley National Lab
 5  P. O. Box 528
    Berkeley, CA 94720
 6
    Level 3
 7  Dept 182
 8  Denver, CO 80291-0182

 9  Lori Reyes
    226 Trinity Avenue
10  Kensington, CA 94708

11
    Luanne Simcoe
12  107 Lake Avenue
    Piedmont, CA 94611
13
    Mario Wilson
14  275 Fair Oaks Street
15  San Francisco, CA 94110

16  Mark Gregory
    16 Diaz Avenue
17  San Francisco, CA 94132

18  MES Vision
19  P. O. Box 25209
    Santa Ana, CA 92799-5209
20
    MetLife
21  P. O. Box 804466
    Kansas City, MO 84180-4466
22
    Mike Muldoon
23  6363 Christie Ave. #2713
24  Emeryville, CA 94608

25  Nephi Evans
    1336 Arlington Blvd.
26  El Cerrito, CA 94530

27  Net Names
28  55 Broad Street, 13th Floor
```

New York City, New York 10014

New Uniform
747 Ralph McGill Blvd. #231
Atlanta, GA 30312

NTT Communications
P. O. Box 660322
Dallas, TX 75266-0322

Opsource
Dept CH 17163
Palatine, IL 60055-7163

Raf Podowski
511 Masefield Drive
Pleasant Hill, CA 94523

Revel Industries
885 Florida St. #5
San Francisco, CA 94110

S.F. Musictech Summit
4338 California St. #165
San Francisco, CA 94118

Sara Ost
5 Josephine Street #4
Sausalito, CA 94965

Shekhar Lodha
13974 Shadow Oaks Way
Saratoga, CA 95070

Sonic.net
2260 Apollo Way
Santa Rosa, CA 95407

Sprint
P. O. Box 4181
Carol Stream, IL 60197-4181

Steve Doss
2457 Melendy Drive
San Carlos, CA 94070

Swift Communications
200 16th Avenue #2222

| | |
|---|---|
| 1 | Seattle, WA 98121 |
| 2 | |
| | Switch & Data |
| 3 | P. O. Box 930199 |
| | Atlanta, GA 31193-0199 |
| 4 | |
| | Telehouse |
| 5 | P. O. Box 7247-6180 |
| | Philadelphia, PA 19170-6180 |
| 6 | |
| 7 | Verizon |
| | P. O. Box 9622 |
| 8 | Mission Hills, CA 91346-9622 |
| 9 | WBS Connect |
| | Dept 2341, P. O. Box 122341 |
| 10 | Dallas, TX 75312-2341 |
| 11 | |
| | Wells Fargo Bank |
| 12 | West Berkeley Branch |
| | Berkeley, CA |
| 13 | |
| | BLANCA YOUNG |
| 14 | MUNGER, TOLLES & OLSON LLP |
| 15 | 560 Mission Street, 27th Floor |
| | San Francisco, CA 94105-3089 |
| 16 | |
| | Blue Shield of California |
| 17 | 50 Beale St., 22nd Fl. |
| | San Francisco, CA 94105-1813 |
| 18 | OpSource, Inc. |
| 19 | Bryant Tolles Sr. |
| | Director of Finance |
| 20 | 5201 Great America Pkwy., #120 |
| 21 | Santa Clara, CA 95054-1125 |
| 22 | Internal Revenue Service |
| | Centralized Insolvency Operations |
| 23 | P.O. Box 21126 |
| 24 | Philadelphia, PA 19114-0326 |
| 25 | Farella Braun + Martel LLP |
| | c/o Kelly A. Woodruff |
| 26 | 235 Montgomery Street, 17th Floor |
| | San Francisco, CA 94104-3104 |
| 27 | |
| 28 | |