CAMPEAU GOODSELL SMITH
A Law Corporation
SCOTT L. GOODSELL, SBN 122223
440 N. First Street, Suite 100
San Jose, California 95112
(408) 295-9555

Attorneys for Debtor

**The following constitutes
the order of the court. Signed May 22, 2009**

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re:                                    ) Case No. 09-52226
                                          )
   SEEQPOD, INC.,                         ) CHAPTER 11
                                          )
                        Debtor.        )
_____)

### ORDER APPOINTING COUNSEL

Upon Application of the Debtor herein praying for authority to employ CAMPEAU GOODSELL SMITH under a general retainer to represent it as Debtor-In-Possession herein, and it appearing that the attorneys comprising said law firm are duly admitted to practice before this Court, and the Court being satisfied that said law firm represents no interest adverse to the Debtor herein or to its Estate in matters upon which it is to be engaged, the Court being satisfied that employment of such counsel is necessary and in the best interests of the Estate.

IT IS HEREBY ORDERED that the Debtor be and hereby is authorized to employ the law firm of CAMPEAU GOODSELL SMITH to represent it in this case.

***END OF ORDER***

| | |
|---|---|
| 1 | **Court Service List** |
| 2 | A T & T / Office |
|   | Sacramento, CA 95887-0001 |
| 3 | |
|   | A T & T / Sacramento |
| 4 | Sacramento, CA 95887-0001 |
| 5 | |
|   | A T & T Mobility |
| 6 | P. O. Box 6463 |
|   | Carol Stream, IL 60197-6463 |
| 7 | |
|   | Advantage Business Media |
| 8 | 100 Enterprise Drive #600 |
|   | Rockaway, IL 07866 |
| 9 | |
| 10 | American Registry / Internet |
|    | P. O. Box 79010 |
| 11 | Baltimore, MD 21279-0010 |
| 12 | Audible Magic |
|    | 985 University Avenue #35 |
| 13 | Los Gatos, CA 95032 |
| 14 | |
|    | Bark Louder Consulting |
| 15 | 3427 77th Place SE |
|    | Mercer Island, WA 98040 |
| 16 | |
|    | Barnett Ellman |
| 17 | 8484 Wilshire Blvd. #242 |
| 18 | Beverley Hills, CA 90211 |
| 19 | Blue Shield |
|    | File 55331 |
| 20 | Los Angeles, CA 90074-5331 |
| 21 | |
|    | Bryan Siepert |
| 22 | 3448 Orchard Hill Court #2 |
|    | Lafayette, CA 94549 |
| 23 | |
|    | Business Wire |
| 24 | 44 Montgomery St., 39th Floor |
|    | San Francisco, CA 94104 |
| 25 | |
| 26 | |
|    | CacheNetworks |
| 27 | 209 W. Jackson Blvd. #700 |
| 28 | Chicago, IL 60606 |

```
Caleb Pate
2015 Stockton St. #1
San Francisco, CA 94133

California Secretary of State
1500 11th Street
Sacramento, CA 95814

Casey Speer
5930 Avila Street
El Cerrito, CA 94530

CCIA Comp/Comm Ind Assoc
900 17th St. NW #100
Washington, DC 20006

Chris Orr
575 O'Farrell St. #504
San Francisco, CA 94102

Christina Richards
807 Ashbury St. #4
San Francisco, CA 94117

City of Emeryville
1333 Park Avenue
Emeryville, CA 94608

CNA Insurance
c/o Lawson Hawks
1091 N. Shoreline Blvd. #200
Mountain View, CA 94042

Cobalt
819 Bancroft Way
Berkeley, CA 94710

David Curtner
201 Michael Drive #D1
Campbell, CA 95008

Derrik Sakima
320 Steiner Street
San Francisco, CA 94117

Emma Keefe
627 Alma Avenue #B
Oakland, CA 94610
```

```
 1   Erick Herrarte
     2550 Tamalpais Avenue
 2   El Cerrito, CA 94530

 3
     Farella Braun + Martel
 4   235 Montgomery St., 30th Floor
     San Francisco, CA 94104
 5
     Fastrak
 6   P. O. Box 26926
     San Francisco, CA 94126
 7
     Fed Ex
 8   P. O. Box 7221
     Pasadena, CA 91109-7321
 9

10   Geiger
     P. O. Box 712144
11   Cincinnati, OH 45271-2144

12
     Harvest Properties
13   6475 Christie Avenue #550
     Emeryville, CA 94608
14

15   Hitwise
     300 Park Avenue South, 9th Floor
16   New York City, New York 10010

17   Ising Culligan Water
     P. O. Box 1140
18   Livermore, CA 94551-1140

19
     Jason Stinnett
20   1260 61st Street #A
     Emeryville, CA 94608
21
     Jim Leftwich
22   131 Hawthorne Ave. #F
     Palo Alto, CA 94301
23

24   Kasian Franks
     1639 Oak View
25   Kensington, CA 94707

26
     Knobbe Martens Olson & Bear
27   2040 Main Street, 14th Floor
     Irvine, CA 92614
28
```

| | |
|---|---|
| 1 | Laura Proctor |
| 2 | P. O. Box 263 |
|   | Crockett, CA 94525 |
| 3 | |
|   | Laurieanne Lassek |
| 4 | 12 Birch Street |
|   | Mill Valley, CA 94941 |
| 5 | |
|   | Lawrence Berkeley National Lab |
| 6 | P. O. Box 528 |
| 7 | Berkeley, CA 94720 |
| 8 | Level 3 |
|   | Dept 182 |
| 9 | Denver, CO 80291-0182 |
| 10 | |
|   | Lori Reyes |
| 11 | 226 Trinity Avenue |
|   | Kensington, CA 94708 |
| 12 | |
|   | Luanne Simcoe |
| 13 | 107 Lake Avenue |
|   | Piedmont, CA 94611 |
| 14 | |
| 15 | Mario Wilson |
|   | 275 Fair Oaks Street |
| 16 | San Francisco, CA 94110 |
| 17 | Mark Gregory |
|   | 16 Diaz Avenue |
| 18 | San Francisco, CA 94132 |
| 19 | |
|   | MES Vision |
| 20 | P. O. Box 25209 |
|   | Santa Ana, CA 92799-5209 |
| 21 | |
|   | MetLife |
| 22 | P. O. Box 804466 |
| 23 | Kansas City, MO 84180-4466 |
| 24 | Mike Muldoon |
|   | 6363 Christie Ave. #2713 |
| 25 | Emeryville, CA 94608 |
| 26 | |
|   | Nephi Evans |
| 27 | 1336 Arlington Blvd. |
|   | El Cerrito, CA 94530 |
| 28 | |

| | |
|---|---|
| 1 | Net Names |
| 2 | 55 Broad Street, 13th Floor |
|   | New York City, New York 10014 |
| 3 | |
|   | New Uniform |
| 4 | 747 Ralph McGill Blvd. #231 |
|   | Atlanta, GA 30312 |
| 5 | |
|   | NTT Communications |
| 6 | P. O. Box 660322 |
| 7 | Dallas, TX 75266-0322 |
| 8 | Opsource |
|   | Dept CH 17163 |
| 9 | Palatine, IL 60055-7163 |
| 10 | |
|   | Raf Podowski |
| 11 | 511 Masefield Drive |
|   | Pleasant Hill, CA 94523 |
| 12 | |
|   | Revel Industries |
| 13 | 885 Florida St. #5 |
|   | San Francisco, CA 94110 |
| 14 | |
| 15 | S.F. Musictech Summit |
|   | 4338 California St. #165 |
| 16 | San Francisco, CA 94118 |
| 17 | Sara Ost |
|   | 5 Josephine Street #4 |
| 18 | Sausalito, CA 94965 |
| 19 | |
|   | Shekhar Lodha |
| 20 | 13974 Shadow Oaks Way |
|   | Saratoga, CA 95070 |
| 21 | |
|   | Sonic.net |
| 22 | 2260 Apollo Way |
| 23 | Santa Rosa, CA 95407 |
| 24 | Sprint |
|   | P. O. Box 4181 |
| 25 | Carol Stream, IL 60197-4181 |
| 26 | |
|   | Steve Doss |
| 27 | 2457 Melendy Drive |
|   | San Carlos, CA 94070 |
| 28 | |

```
 1   Swift Communications
     200 16th Avenue #2222
 2   Seattle, WA 98121

 3
     Switch & Data
 4   P. O. Box 930199
     Atlanta, GA 31193-0199
 5
     Telehouse
 6   P. O. Box 7247-6180
 7   Philadelphia, PA 19170-6180

 8   Verizon
     P. O. Box 9622
 9   Mission Hills, CA 91346-9622

10
     WBS Connect
11   Dept 2341, P. O. Box 122341
     Dallas, TX 75312-2341
12
     Wells Fargo Bank
13   West Berkeley Branch
     Berkeley, CA
14
     BLANCA YOUNG
15   MUNGER, TOLLES & OLSON LLP
16   560 Mission Street, 27th Floor
     San Francisco, CA 94105-3089
17
     Blue Shield of California
18   50 Beale St., 22nd Fl.
     San Francisco, CA 94105-1813
19
     OpSource, Inc.
20   Bryant Tolles Sr.
21   Director of Finance
     5201 Great America Pkwy., #120
22   Santa Clara, CA 95054-1125

23   Internal Revenue Service
     Centralized Insolvency Operations
24   P.O. Box 21126
25   Philadelphia, PA 19114-0326

26   Farella Braun + Martel LLP
     c/o Kelly A. Woodruff
27   235 Montgomery Street, 17th Floor
28   San Francisco, CA 94104-3104
```