| | |
|---|---|
| 1 | GLENN D. POMERANTZ (SBN 112503) |
| | Glenn.Pomerantz@mto.com |
| 2 | KELLY M. KLAUS (SBN 161091) |
| 3 | Kelly.Klaus@mto.com |
| | BLANCA F. YOUNG (SBN 217533) |
| 4 | Blanca.Young@mto.com |
| | SETH GOLDMAN (SBN 223428) |
| 5 | Seth.Goldman@mto.com |
| | MUNGER, TOLLES & OLSON LLP |
| 6 | 355 South Grand Avenue, Suite 3500 |
| 7 | Los Angeles, CA  90071-1560 |
| | Telephone:    213-683-9100 |
| 8 | Facsimile:    213-687-3702 |
| 9 | Attorneys for WMG Creditors |
| | WARNER BROS. RECORDS INC., |
| 10 | ATLANTIC RECORDING CORPORATION, |
| 11 | ELEKTRA ENTERTAINMENT GROUP INC., and |
| | RHINO ENTERTAINMENT COMPANY |
| 12 | |
| | Additional parties and counsel on attached page |
| 13 | |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| In re | | Case No. 5:09-52226-RLE |
| | | Chapter 7 |
| SEEQPOD, INC., | | |
| | | Honorable Roger L. Efremsky |
| | Debtor. | |
| | | |
| | | **CERTIFICATE OF SERVICE** |

CERTIFICATE OF SERVICE

*Additional Counsel*

PRYOR CASHMAN LLP
410 Park Avenue
New York, New York 10022
Telephone: 212-421-4100
Facsimile: 212-326-0806
DONALD S. ZAKARIN
dzakarin@pryorcashman.com
RICHARD LEVY, JR.
rlevy@pryorcashman.com
FRANK P. SCIBILIA
fscibilia@pryorcashman.com
*(All admitted pro hac vice)*

Attorneys for EMI Creditors
CAPITOL RECORDS, LLC,
CAROLINE RECORDS, INC.,
VIRGIN RECORDS AMERICA, INC.,
COLGEMS-EMI MUSIC INC.,
EMI APRIL MUSIC INC.,
EMI BLACKWOOD MUSIC,
EMI FEIST CATALOG INC.,
EMI FULL KEEL MUSIC,
EMI GOLDEN TORCH MUSIC CORP.,
EMI GOLD HORIZON MUSIC CORP.,
EMI GROVE PARK MUSIC, INC.,
EMI LONGITUDE MUSIC,
EMI MILLER CATALOG INC.,
EMI ROBBINS CATALOG INC.,
EMI U CATALOG, INC.,
EMI VIRGIN MUSIC, INC.,
EMI VIRGIN SONGS, INC.,
EMI WATERFORD MUSIC, INC.,
JOBETE MUSIC CO. INC.,
SCREEN GEMS-EMI MUSIC INC. AND
STONE DIAMOND MUSIC

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am a citizen of the United States of America and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the above-entitled action. My business address is 355 South Grand Avenue, Suite 3500, Los Angeles, California 90071-1560.

On March 11, 2010 I served true and correct copies of the following documents on the parties, and in the manner indicated, on the attached Distribution List:

1. **CORRECTED MOTION TO COMPEL EXAMINATION UNDER BANKRUPTCY RULE 2004 [Docket No. 82];**

2. **DECLARATION OF BLANCA F. YOUNG IN SUPPORT OF CORRECTED MOTION TO COMPEL EXAMINATION UNDER BANKRUPTCY RULE 2004 [Docket No. 83]; and**

3. **NOTICE OF TELEPHONIC HEARING ON CORRECTED MOTION TO COMPEL EXAMINATION UNDER BANKRUPTCY RULE 2004 [Docket No. 84].**

☒ (FEDERAL) I declare that I am employed in the office of an attorney admitted to practice before this Court at whose direction the service was made.

This Certificate was executed on March 11, 2010 at Los Angeles, California. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                          */s/ Nena J. Walker*
                                          NENA J. WALKER

# DISTRIBUTION LIST

## I. SERVED ELECTRONICALLY BY THE U.S. BANKRUPTCY COURT

*Chapter 7 Trustee*
Mohamed Poonja
P.O. Box 1510
Los Altos, CA 94023-1510
*mpoonja@sbcglobal.net*
*mpoonja@ecf.eqiqsystems.com*

*U.S. Trustee*
Office of the U.S. Trustee
U.S. Federal Building, Suite 268
280 South 1st Street
San Jose, CA 95113-3004
*USTPRegion17.SJ.ECF@usdoj.gov*
*ltroxas@hotmail.com*

*Attorneys for Chapter 7 Trustee*
Luce, Forward, Hamilton & Scripps LLP
Barry Milgrom, Esq.
Rincon Center II, Suite 200
121 Spear Street
San Francisco, California 94105
*bmilgrom@luce.com*
*wowen@luce.com*
*aworthington@luce.com*

*Attorneys for EMI*
Pryor Cashman LLP
Richard Levy, Jr., Esq.
410 Park Avenue
New York, New York 10022
*rlevy@pryorcashman.com*

*Attorneys for EMI Plaintiffs*
Jeffer, Mangels, Butler & Marmaro LLP
Walter W. Gouldsbury, III, Esq.
Two Embarcadero Center, 5th Floor
San Francisco, California 94111
*wwg@jmbm.com*

*Special Notice - Attorneys for VW Credit*
Brice, Vander Linden & Wernick, P.C.
Larry Buckley, Esq.
9441 LBJ Freeway, Suite 350
Dallas, Texas 75243
*notice@bkcylaw.com*

*Special Notice*
Farella, Braun + Martel LLP
Kelly A. Woodroof, Esq.
Deepak Gupta, Esq.
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
*kwoodroof@fbm.com*
*calendar@fbm.com*

*Former Attorneys for Debtor*
Campeau, Goodsell Smith
Gregory J. Charles, Esq.
Scott L. Goodsell, Esq.
440 N. 1st St. #100
San Jose, CA 95112
(408) 295-9555
*gcharles@campeaulaw.com*
*sgoodsell@campeaulaw.com*

Kokjer, Pierotti, Maiocco & Duck LLP
Certified Public Accountants
Richard L. Pierotti
351 California Street, Suite 300
San Francisco, CA 94101
*rpierotti@kpmd.com*

## II. SERVED ELECTRONICALLY BY MTO

*Attorneys for Examinee Kasian Franks*
Campeau, Goodsell Smith
Gregory J. Charles, Esq.
440 N. 1st St. #100
San Jose, CA 95112
(408) 295-9555
*gcharles@campeaulaw.com*

*Attorneys for EMI*
Pryor Cashman LLP
Donald S. Zakarin, Esq.
Frank P. Scibilia, Esq.
410 Park Avenue
New York, New York 10022
*dzakarin@pryorcashman.com*
*fscibilia@pryorcashman.com*

*Debtor*
SeeqPod, Inc.
13998 Shadow Oaks Way
Saratoga, CA 95070
*podbin@seeqpod.com*

## III. SERVED BY U.S. MAIL

*Examinee*
Kasian Franks
1336 Arlington Boulevard
El Cerrito, CA 94503-2515

*Attorneys for Examinee Kasian Franks*
Campeau, Goodsell Smith
Gregory J. Charles, Esq.
440 N. 1st St. #100
San Jose, CA 95112
(408) 295-9555
*gcharles@campeaulaw.com*

*Special Notice*
VW Credit, Inc.
P.O. Box 829009
Dallas, TX 75382-9009