The following constitutes
the order of the court. Signed April 19, 2010

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

| | |
|---|---|
| 1 | GLENN D. POMERANTZ (SBN 112503) |
| | Glenn.Pomerantz@mto.com |
| 2 | KELLY M. KLAUS (SBN 161091) |
| | Kelly.Klaus@mto.com |
| 3 | BLANCA F. YOUNG (SBN 217533) |
| | Blanca.Young@mto.com |
| 4 | SETH GOLDMAN (SBN 223428) |
| | Seth.Goldman@mto.com |
| 5 | MUNGER, TOLLES & OLSON LLP |
| | 355 South Grand Avenue, Suite 3500 |
| 6 | Los Angeles, CA 90071-1560 |
| | Telephone: (213) 683-9100 |
| 7 | Facsimile: (213) 687-3702 |
| 8 | Attorneys for WMG Creditors |
| | WARNER BROS. RECORDS INC., ATLANTIC |
| 9 | RECORDING CORPORATION, ELEKTRA |
| | ENTERTAINMENT GROUP INC., and RHINO |
| 10 | ENTERTAINMENT COMPANY |
| 11 | PRYOR CASHMAN LLP |
| | 7 Time Square |
| 12 | New York, New York 10036 |
| | Telephone: (212) 421-4100 |
| 13 | Facsimile: (212) 326-0806 |
| | DONALD S. ZAKARIN |
| 14 | dzakarin@pryorcashman.com |
| | RICHARD LEVY, JR. |
| 15 | rlevy@pryorcashman.com |
| | FRANK P. SCIBILIA |
| 16 | fscibilia@pryorcashman.com |
| | *all admitted pro hac vice* |
| 17 | |
| | Attorneys for EMI Creditors |
| 18 | CAPITOL RECORDS, LLC, |
| | CAROLINE RECORDS, INC., |
| 19 | VIRGIN RECORDS AMERICA, INC., |
| | COLGEMS-EMI MUSIC INC., |
| 20 | EMI APRIL MUSIC INC., |
| | EMI BLACKWOOD MUSIC, |
| 21 | EMI FEIST CATALOG INC., |
| | EMI FULL KEEL MUSIC, |
| 22 | EMI GOLDEN TORCH MUSIC CORP., |
| | EMI GOLD HORIZON MUSIC CORP., |
| 23 | EMI GROVE PARK MUSIC, INC., |
| | EMI LONGITUDE MUSIC, |
| 24 | EMI MILLER CATALOG INC., |
| | EMI ROBBINS CATALOG INC., |
| 25 | EMI U CATALOG, INC., |
| | EMI VIRGIN MUSIC, INC., |
| 26 | EMI VIRGIN SONGS, INC., |
| | EMI WATERFORD MUSIC, INC., |
| 27 | JOBETE MUSIC CO. INC., |
| 28 | |

ORDER COMPELLING EXAMINATION
UNDER BANKRUPTCY RULE 2004

SCREEN GEMS-EMI MUSIC INC. AND
STONE DIAMOND MUSIC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re

SEEQPOD, INC.,

Debtor.

Case No. 09-52226-RLE-7

Chapter 11

Honorable Roger L. Efremsky

**ORDER COMPELLING EXAMINATION UNDER BANKRUPTCY RULE 2004**

Date: March 24, 2010
Time: 11:30 a.m.
Ctrm: 3099
      280 South First Street
      San Jose, CA  95113

Upon consideration of the Motion to Compel Examination Under Bankruptcy Rule 2004 (the "Motion") filed by the above-referenced WMG and EMI creditors, which was heard on March 24, 2010 and continued to April 14, 2010; and the Court having reviewed the Motion and the supporting memorandum of points and authorities and Declaration of Blanca Young and the exhibits thereto, the arguments of counsel at the hearings on the Motion, and the record in this case and the related adversary proceeding; the Court finds that notice of the Motion was appropriate under the particular circumstances, that WMG and EMI attempted to confer in good faith to obtain the compliance of Mr. Franks with this Court's prior order authorizing his examination under Fed. R. Bankr. P. 2004 (the "2004 Order"), that Franks has not objected to the 2004 Order or the subpoena issued for his examination (the "Subpoena"), and that WMG and EMI are entitled to examine Franks pursuant to the Subpoena and 2004 Order; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED:

- 1 -
ORDER COMPELLING EXAMINATION
UNDER BANKRUPTCY RULE 2004

Case: 09-52226    Doc# 91    Filed: 04/19/10    Entered: 04/19/10 13:07:58    Page 2 of 5

1. The Motion is granted.

2. Kasian Franks is hereby compelled to produce the documents requested in the 2004 Order and the Subpoena on or before 5:00 p.m. (prevailing Pacific Time) on May 21, 2010 at the offices of Munger, Tolles & Olson, LLP, 560 Mission Street, 27th Floor, San Francisco, CA 94105-2907.

3. Kasian Franks is hereby compelled to comply with the 2004 Order and Subpoena by submitting to a deposition to commence no later than 9:00 a.m. on June 7, 2010 at the offices of Munger, Tolles & Olson, LLP, 560 Mission Street, 27th Floor, San Francisco, CA 94105-2907. The deposition shall continue from day to day until completed, subject to further court order to stop the deposition before completion based upon a showing of good cause.

4. The Movants and Mr. Franks are entitled to meet and confer to set deadlines for production and deposition to occur earlier than the dates set forth in paragraphs 2 and 3 but production shall be completed and the deposition shall commence no later than the dates set forth in those two paragraphs.

5. Failure to comply with this Order may result in sanctions as set forth in Fed. R. Civ. P. 37, including treating the failure to obey this Order as contempt of Court.

6. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation and/or implementation of this Order.

**END OF ORDER**

# COURT SERVICE LIST

*Examinee*
Kasian Franks
1336 Arlington Boulevard
El Cerrito, CA 94530-2515

*Debtor*
SeeqPod, Inc.
13998 Shadow Oaks Way
Saratoga, CA 95070

*Chapter 7 Trustee*
Mohamed Poonja
P.O. Box 1510
Los Altos, CA 94023-1510
*mpoonja@sbcglobal.net*

*Attorneys for Chapter 7 Trustee*
Luce, Forward, Hamilton & Scripps LLP
Barry Milgrom, Esq.
Rincon Center II, Suite 200
121 Spear Street
San Francisco, California 94105
*BMilgrom@LUCE.com*

*Attorneys for WMG Creditors*
Munger, Tolles & Olson LLP
Seth Goldman, Esq.
355 South Grand Avenue, Suite 3500
Los Angeles, CA 90071-1560
*Seth.goldman@mto.com*

*Attorneys for EMI Creditors*
Pryor Cashman LLP
Donald S. Zakarin, Esq.
Richard Levy, Jr., Esq.
Frank P. Scibilia, Esq.
New York, New York 10036
*dzakarin@pryorcashman.com*
*rlevy@pryorcashman.com*
*fscibilia@pryorcashman.com*

| | |
|---|---|
| 1 | *Attorneys for EMI Creditors* |
| 2 | Jeffer, Mangels, Butler & Marmaro LLP<br>Walter Goulsbury, III, Esq. |
| 3 | Wesley Kinnear, Esq.<br>Two Embarcadero Center, 5th Floor |
| 4 | San Francisco, California 94111<br>*wwg@jmbm.com* |
| 5 | *jwk@jmbm.com* |
| 6 | *U.S. Trustee* |
| 7 | Office of the U.S. Trustee<br>John S. Wesalowski, Esq. |
| 8 | U.S. Federal Building, Suite 268<br>280 South 1st Street |
| 9 | San Jose, CA 95113-3004<br>*john.wesolowski@usdoj.gov* |
| 10 | |
| 11 | *Former Attorneys for Debtor*<br>Campeau, Goodsell Smith |
| 12 | Scott L. Goodsell, Esq.<br>Gregory J. Charles, Esq. |
| 13 | 440 North 1st Street, #100<br>San Jose, CA 95112 |
| 14 | *gcharles@campeaulaw.com* |
| 15 | *Special Notice* |
| 16 | Farella, Braun + Martel LLP<br>Kelly A. Woodroof, Esq. |
| 17 | Deepak Gupta, Esq.<br>235 Montgomery Street, 17th Floor |
| 18 | San Francisco, CA 94104<br>*kwoodroof@fbm.com* |
| 19 | *dgupta@fbm.com* |
| 20 | *Special Notice - Attorneys for VW Credit* |
| 21 | Brice, Vander Linden & Wernick, P.C.<br>Larry Buckley, Esq. |
| 22 | 9441 LBJ Freeway, Suite 350<br>Dallas, Texas 75243 |
| 23 | *notice@bkcylaw.com* |

10138621      - 4 -      ORDER COMPELLING EXAMINATION UNDER BANKRUPTCY RULE 2004

Case: 09-52226    Doc# 91    Filed: 04/19/10    Entered: 04/19/10 13:07:58    Page 5 of 5