The following constitutes
the order of the court. Signed June 24, 2010

_____
Roger L. Efremsky
U.S. Bankruptcy Judge
_____

| | |
|---|---|
| 1 | GLENN D. POMERANTZ (SBN 112503) |
|   | Glenn.Pomerantz@mto.com |
| 2 | KELLY M. KLAUS (SBN 161091) |
|   | Kelly.Klaus@mto.com |
| 3 | BLANCA F. YOUNG (SBN 217533) |
|   | Blanca.Young@mto.com |
| 4 | SETH GOLDMAN (SBN 223428) |
|   | Seth.Goldman@mto.com |
| 5 | MUNGER, TOLLES & OLSON LLP |
|   | 355 South Grand Avenue, Suite 3500 |
| 6 | Los Angeles, CA 90071-1560 |
|   | Telephone: (213) 683-9100 |
| 7 | Facsimile: (213) 687-3702 |
| 8 | Attorneys for WMG Creditors |
|   | WARNER BROS. RECORDS INC., ATLANTIC |
| 9 | RECORDING CORPORATION, ELEKTRA |
|   | ENTERTAINMENT GROUP INC., and RHINO |
| 10 | ENTERTAINMENT COMPANY |
| 11 | PRYOR CASHMAN LLP |
|   | 7 Time Square |
| 12 | New York, New York 10036 |
|   | Telephone: (212) 421-4100 |
| 13 | Facsimile: (212) 326-0806 |
|   | DONALD S. ZAKARIN |
| 14 | dzakarin@pryorcashman.com |
|   | RICHARD LEVY, JR. |
| 15 | rlevy@pryorcashman.com |
|   | FRANK P. SCIBILIA |
| 16 | fscibilia@pryorcashman.com |
|   | *all admitted pro hac vice* |
| 17 | |
|   | Attorneys for EMI Creditors |
| 18 | CAPITOL RECORDS, LLC, |
|   | CAROLINE RECORDS, INC., |
| 19 | VIRGIN RECORDS AMERICA, INC., |
|   | COLGEMS-EMI MUSIC INC., |
| 20 | EMI APRIL MUSIC INC., |
|   | EMI BLACKWOOD MUSIC, |
| 21 | EMI FEIST CATALOG INC., |
|   | EMI FULL KEEL MUSIC, |
| 22 | EMI GOLDEN TORCH MUSIC CORP., |
|   | EMI GOLD HORIZON MUSIC CORP., |
| 23 | EMI GROVE PARK MUSIC, INC., |
|   | EMI LONGITUDE MUSIC, |
| 24 | EMI MILLER CATALOG INC., |
|   | EMI ROBBINS CATALOG INC., |
| 25 | EMI U CATALOG, INC., |
|   | EMI VIRGIN MUSIC, INC., |
| 26 | EMI VIRGIN SONGS, INC., |
|   | EMI WATERFORD MUSIC, INC., |
| 27 | JOBETE MUSIC CO. INC., |
| 28 | |

SCREEN GEMS-EMI MUSIC INC. AND
STONE DIAMOND MUSIC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re

SEEQPOD, INC.,

Debtor.

Case No. 09-52226-RLE-7

Chapter 7

Honorable Roger L. Efremsky

**ORDER COMPELLING ATTENDANCE FOR EXAMINATION UNDER BANKRUPTCY RULE 2004**

Date: June 23, 2010
Time: 4:00 p.m.
Ctrm: 3099
280 South First Street
San Jose, CA 95113

On June 23, 2010 at 4:00 p.m., the above-referenced matter came on for hearing related to the examination of Kasian Franks pursuant to Bankruptcy Rule 2004 and this Court's order of April 19, 2010. Having considered the statements of all interested parties, including Kasian Franks, Campeau Goodsell Smith, the Trustee (through counsel), and the WMG and EMI plaintiffs (through counsel), it is hereby ORDERED:

(1) The Court is providing Kasian Franks with one final opportunity to arrange for counsel to represent him in his 2004 Examination.

(2) In any event, the 2004 Examination of Kasian Franks shall go forward, with or without counsel, on Monday, June 28, 2010 starting at 9:00 a.m., at the law offices of Munger, Tolles & Olson LLP, 560 Mission Street, 27th Floor, San Francisco, CA 94104, and continuing from day to day until completed, subject to further court order to stop the deposition before completion based upon a showing of good cause.

| | |
|---|---|
| 1 | (3) This Order is without prejudice to any further motion to enforce or compel compliance |
| 2 | with the court's prior order dated April 19, 2010, including with regard to the production of |
| 3 | documents by Kasian Franks. |
| 4 | (4) This Order is without prejudice to any motion by the WMG and EMI plaintiffs for |
| 5 | sanctions. |
| 6 | (5) Failure to comply with this Order may result in sanctions as set forth in Fed. R. Civ. P. |
| 7 | 37, including treating the failure to obey this Order as contempt of Court. |
| 8 | (6) This Court shall retain jurisdiction over any and all matters arising from or related to |
| 9 | the interpretation and/or implementation of this Order. |

**END OF ORDER**

| | |
|---|---|
| 1 | |
| 2 | **COURT SERVICE LIST** |
| 3 | |

*Examinee*
Kasian Franks
100 Spear Street
Suite 1410
San Francisco, CA 94111

*Debtor*
SeeqPod, Inc.
13998 Shadow Oaks Way
Saratoga, CA 95070

*Chapter 7 Trustee*
Mohamed Poonja
P.O. Box 1510
Los Altos, CA 94023-1510
*mpoonja@sbcglobal.net*

*Attorneys for Chapter 7 Trustee*
Luce, Forward, Hamilton & Scripps LLP
Barry Milgrom, Esq.
Rincon Center II, Suite 200
121 Spear Street
San Francisco, California 94105
*BMilgrom@LUCE.com*

*Attorneys for WMG Creditors*
Munger, Tolles & Olson LLP
Seth Goldman, Esq.
355 South Grand Avenue, Suite 3500
Los Angeles, CA 90071-1560
*Seth.goldman@mto.com*

*Attorneys for EMI Creditors*
Pryor Cashman LLP
Donald S. Zakarin, Esq.
Richard Levy, Jr., Esq.
Frank P. Scibilia, Esq.
New York, New York 10036
*dzakarin@pryorcashman.com*
*rlevy@pryorcashman.com*
*fscibilia@pryorcashman.com*

| | |
|---|---|
| 1 | *Attorneys for EMI Creditors* |
| | Jeffer, Mangels, Butler & Marmaro LLP |
| 2 | Walter Goulsbury, III, Esq. |
| 3 | Wesley Kinnear, Esq. |
| | Two Embarcadero Center, 5th Floor |
| 4 | San Francisco, California 94111 |
| | *wwg@jmbm.com* |
| 5 | *jwk@jmbm.com* |
| 6 | *U.S. Trustee* |
| 7 | Office of the U.S. Trustee |
| | John S. Wesalowski, Esq. |
| 8 | U.S. Federal Building, Suite 268 |
| | 280 South 1st Street |
| 9 | San Jose, CA  95113-3004 |
| | *john.wesolowski@usdoj.gov* |
| 10 | |
| 11 | *Former Attorneys for Debtor* |
| | Campeau, Goodsell Smith |
| 12 | Scott L. Goodsell, Esq. |
| | Gregory J. Charles, Esq. |
| 13 | 440 North 1st Street, #100 |
| | San Jose, CA  95112 |
| 14 | *gcharles@campeaulaw.com* |
| 15 | *Special Notice* |
| 16 | Farella, Braun + Martel LLP |
| | Kelly A. Woodroof, Esq. |
| 17 | Deepak Gupta, Esq. |
| | 235 Montgomery Street, 17th Floor |
| 18 | San Francisco, CA  94104 |
| | *kwoodroof@fbm.com* |
| 19 | *dgupta@fbm.com* |
| 20 | *Special Notice - Attorneys for VW Credit* |
| 21 | Brice, Vander Linden & Wernick, P.C. |
| | Larry Buckley, Esq. |
| 22 | 9441 LBJ Freeway, Suite 350 |
| | Dallas, Texas 75243 |
| 23 | *notice@bkcylaw.com* |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

11018896.1 - 4 - ORDER COMPELLING EXAMINATION UNDER BANKRUPTCY RULE 2004

Case: 09-52226    Doc# 94    Filed: 06/24/10    Entered: 06/25/10 09:30:43    Page 5 of 5