Barry Milgrom, State Bar No. 99961
LUCE, FORWARD,
HAMILTON & SCRIPPS LLP
121 Spear Street, Suite 200
San Francisco, California 94105-1582
Telephone No.: 415.356.4600
Fax No.: 415.356.4610
bmilgrom@luce.com

Counsel for MOHAMED POONJA,
Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re

SEEQPOD, INC.,

Debtor.

Case No. 09-52226 RLE
Chapter 7
Honorable Roger L. Efremsky

**DECLARATION OF BARRY MILGROM IN SUPPORT OF MOTION FOR ORDER AUTHORIZING THE TRUSTEE TO SELL ASSETS FREE AND CLEAR OF CLAIMS, LIENS AND INTERESTS, INCLUDING CLAIMS OF SUCCESSOR LIABILITY, AND TO PAY BREAK-UP FEE**

Date: August 25, 2010
Time: 10:30 a.m.
Place: 280 South First Street
Courtroom 3099
San Jose, CA 95113

I, Barry Milgrom, declare:

1. I am an attorney at law, duly admitted to practice before the bar of this Court and a partner of Luce, Forward, Hamilton & Scripps LLP ("Luce"), counsel for Mohamed Poonja, Chapter 7 Trustee in Bankruptcy herein.

2. On behalf of the Trustee, I caused to be performed a UCC lien and judgment search. A true copy of the search results is attached hereto as Exhibit A. The only lien shown by the search is one in favor of a former law firm of the Debtor, Knobbe, Martens, Olson & Bear LLP ("Knobbe Firm"), which was recorded with the Delaware Secretary of State on or about December

16, 2008 ("Knobbe Lien"). I contacted the Knobbe Firm and was informed that the lien secures a debt in the approximate amount of $23,000.

3. I am informed and believe that counsel for the various Warner Brothers plaintiffs agreed to accept service of the Motion on behalf of the various Warner Brothers plaintiffs.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct and if called as a witness I could competently testify thereto, and as to those matters stated on information and belief, I am informed and believe them to be true. Executed this 7th day of July 2010, at San Francisco, California.

_____
BARRY MILGROM

# EXHIBIT A

# Delaware

## The First State

CERTIFICATE

SEARCHED MAY 18, 2009, AT  2:23 P.M.
FOR DEBTOR "SEEQPOD, INC"

```
   1 OF     1   FINANCING STATEMENT                    84180996
            EXPIRATION DATE: DECEMBER 16, 2013
 DEBTOR:  SEEQPOD, INC.
          6475 CHRISTIE AVE., SUITE 475
          EMERYVILLE                CA  94608          ADDED 12-16-08
 SECURED: KNOBBE, MARTENS, OLSON & BEAR, LLP
          2040 MAIN STREET, 14TH FLOOR
          IRVINE                    CA  92614          ADDED 12-16-08
              F I L I N G    H I S T O R Y
 84180996  FILED 12-16-08   AT  6:25 P.M.  FINANCING STATEMENT
          E N D    O F    F I L I N G    H I S T O R Y
```

THE UNDERSIGNED FILING OFFICER HEREBY CERTIFIES THAT THE
ABOVE LISTING IS A RECORD OF ALL PRESENTLY EFFECTIVE FINANCING
STATEMENTS, LAPSED FINANCING STATEMENTS, FEDERAL TAX LIENS AND
UTILITY SECURITY INSTRUMENTS FILED IN THIS OFFICE WHICH NAME THE
ABOVE DEBTOR, AS OF MAY 7, 2009 AT 11:59 P.M.

20091570438UCXL

090487484

*Jeffrey W. Bullock, Secretary of State*

AUTHENTICATION: 7307930

DATE: 05-18-09

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Stephen Ybarra          9497600404

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

    KNOBBE, MARTENS, OLSON & BEAR, LLP
    2040 MAIN STREET
    14TH FLOOR

    IRVINE CA 92614

*DELAWARE DEPARTMENT OF STATE*
*U.C.C. FILING SECTION*
*FILED 06:25 PM 12/16/2008*
*INITIAL FILING # 2008 4180996*
*SRV: 081202418*

## 1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| | |
|---|---|
| 1a. ORGANIZATION'S NAME | SEEQPOD, INC. |

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 6475 CHRISTIE AVE., SUITE 475 | EMERYVILLE | CA | 94608 | US |

| 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | |
|---|---|---|
| CORPORATION | DE | |

## 2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | |
|---|---|
| | |

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | |
|---|---|---|
| | | |

## 3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | |
|---|---|
| KNOBBE, MARTENS, OLSON, & BEAR, LLP | |

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 2040 MAIN STREET, 14TH FLOOR | IRVINE | CA | 92614 | US |

## 4. This FINANCING STATEMENT covers the following collateral:

Collateral Description - please see attachment

10. miscellaneous: SEQPD

5. [ ] This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable]
7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional]    [ ] All Debtors  [ ] Debtor 1  [ ] Debtor 2

8. OPTIONAL FILER REFERENCE DATA
SEQPD

All of debtor's intellectual property that is or has ever been the subject of secured party's representation and all files and records relating thereto, any recoveries from litigation involving such intellectual property, including, without limitation, any judgments, amounts paid in settlement, insurance proceeds and any awards of attorneys' fees and costs, and other proceeds of such intellectual property, including, but not limited to, the property described below.

# U.S. Patent Applications

| Title of Invention | Application Number |
|---|---|
| SYSTEM AND METHOD FOR SUMMARIZING SEARCH RESULTS | 11/927346 |
| MATCHING AND RECOMMENDING RELEVANT VIDEOS AND MEDIA TO INDIVIDUAL SEARCH ENGINE RESULTS | 11/936738 |
| DISCOVERING AND SCORING RELEATIONSHIPS EXTRACTED FROM HUMAN GENERATED LISTS | 12/062421 |
| MEDIA DISCOVERY AND PLAYLIST GENERATION | 12/147249 |

# Patent Cooperation Treaty Applications

| Title of Invention | Application Number |
|---|---|
| SYSTEM AND METHOD FOR SUMMARIZING SEARCH RESULTS | PCT/US2007/082892 |
| MATCHING AND RECOMMENDING RELEVANT VIDEOS AND MEDIA TO INDIVIDUAL SEARCH ENGINE RESULTS | PCT/US2007/083992 |
| DISCOVERING AND SCORING RELEATIONSHIPS EXTRACTED FROM HUMAN GENERATED LISTS | PCT/US2008/059308 |
| MEDIA DISCOVERY AND PLAYLIST GENERATION | PCT/US2008/068401 |

Page 1 of 2

All of debtor's intellectual property that is or has ever been the subject of secured party's representation and all files and records relating thereto, any recoveries from litigation involving such intellectual property, including, without limitation, any judgments, amounts paid in settlement, insurance proceeds and any awards of attorneys' fees and costs, and other proceeds of such intellectual property, including, but not limited to, the property described below.

## U.S. Trademark Applications

| Trademark Name | Application Number |
| --- | --- |
| PLAYABLE SEARCH | 77/248060 |
| MUSIC HERE & NOW | 77/252561 |
| SEARCH BEYOND WORDS | 77/252566 |
| SEEQPOD | 77/252569 |
| SEEQ HANG OUT | 77/252573 |
| SEEQGEIST | 77/279816 |
| MERCHPOD | 77/351743 |
| PLAYABLE SEARCH | 77/351786 |
| MUSIC HERE & NOW | 77/351792 |
| SEARCH BEYOND WORDS | 77/352086 |
| SEEQPOD | 77/351800 |
| SEEQ HANG OUT | 77/352089 |
| SEEQGEIST | 77/352090 |
| HOLLAWALLA | 77/415231 |