LILLIAN G. STENFELDT (Bar No. 104929)
ROBERT S. GEBHARD (Bar No. 158125)
SEDGWICK, DETERT, MORAN & ARNOLD LLC
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
lillian.stenfeldt@sdma.com
robert.gebhard@sdma.com

Attorneys for Intertrust Technologies Corporation

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In Re

SEEQPOD, INC.

    Debtor.

CASE NO. 09-52226 RLE
Chapter 7

DECLARATION OF WILLIAM E. RAINEY IN SUPPORT OF THE PURCHASE OF DEBTOR'S ASSETS FREE AND CLEAR BY INTERTRUST TECHNOLOGIES CORPORATION

I, William E. Rainey, declare under the penalty of perjury as follows:

1. I have personal knowledge of the matters stated herein, except those matters stated on information and belief, and if called as witness, I would and could testify competently to the same.

2. I am Senior Vice President and General Counsel of Intertrust Technologies Corporation ("Intertrust"), purchaser herein. My business address is 955 Stewart Drive, Sunnyvale, California 94085.

3. Intertrust is the winning bidder at the Trustee's auction for all or substantially all of the assets of Seeqpod, the Debtor herein ("Debtor"). I have been responsible for overseeing all aspects of the negotiations with the Trustee in purchasing the Debtor's assets. I am therefore authorized and qualified to make this declaration on behalf of Intertrust.

SF/1711637V1
-1-
DECLARATION OF WILLIAM E. RAINEY IN SUPPORT OF THE PURCHASE OF DEBTOR'S ASSETS FREE AND CLEAR BY INTERTRUST TECHNOLOGIES CORPORATION

Case: 09-52226    Doc# 103    Filed: 09/07/10    Entered: 09/07/10 14:47:21    Page 1 of 2

4. I have been advised by counsel that Intertrust is not an "insider" of the Debtor, as that term is defined in Section 101 of the Bankruptcy Code.

5. The purchase price that Intertrust has agreed to pay for the Debtor's assets was reached as a result of competitive biddings at the auction, and after good faith, arm's-length negotiations with the Trustee. The purchase price was not controlled by any agreement or collusion between Intertrust and any other potential or actual bidders. Accordingly, neither Intertrust nor, to my knowledge, the Trustee has engaged in any improper conduct that would cause or permit Intertrust asset purchase or any part of the transaction to be avoided under Section 363(n) of the Bankruptcy Code.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief, and that this declaration was executed in Sunnyvale, California, on the date set forth below.

Dated: 8/25/10

_____
William E. Rainey

SF/1711637V1
-2-
DECLARATION OF WILLIAM E. RAINEY IN SUPPORT OF THE PURCHASE OF DEBTOR'S ASSETS FREE AND CLEAR BY INTERTRUST TECHNOLOGIES CORPORATION

Case: 09-52226   Doc# 103   Filed: 09/07/10   Entered: 09/07/10 14:47:21   Page 2 of 2