The following constitutes
the order of the court. Signed October 05, 2010

_____
Roger L. Efremsky
U.S. Bankruptcy Judge
_____

1  GLENN D. POMERANTZ (SBN 112503)
   Glenn.Pomerantz@mto.com
2  KELLY M. KLAUS (SBN 161091)
   Kelly.Klaus@mto.com
3  BLANCA F. YOUNG (SBN 217533)
   Blanca.Young@mto.com
4  SETH GOLDMAN (SBN 223428)
   Seth.Goldman@mto.com
5  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue, Suite 3500
6  Los Angeles, CA  90071-1560
   Telephone:     (213) 683-9100
7  Facsimile:     (213) 687-3702

8  Attorneys for WMG Creditors
   WARNER BROS. RECORDS INC., ATLANTIC
9  RECORDING CORPORATION, ELEKTRA
   ENTERTAINMENT GROUP INC., and RHINO
10 ENTERTAINMENT COMPANY

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>SEEQPOD, INC.,<br><br>Debtor. | Case No. 09-52226-RLE-7<br><br>Chapter 11<br><br>Honorable Roger L. Efremsky<br><br>**ORDER AWARDING SANCTIONS AGAINST KASIAN FRANKS** |

On September 29, 2010 at 10:30 a.m., the above-referenced matter came on for hearing related to the WMG and EMI Creditors' Motion for Sanctions against Kasian Franks. For the reasons stated on the record at the hearing, the Court in its discretion finds that good cause exists to sanction Mr. Franks in an amount equal to eighty percent of the fees requested by the WMG and EMI Creditors, respectively.

11811060.2                                                    ORDER AWARDING SANCTIONS

1    Therefore, it is hereby ORDERED that as a sanction for his discovery misconduct, Mr.
2    Franks shall pay to the WMG Creditors (through their counsel) the amount of $32,278.40 within
3    thirty days of the date of this order.

**END OF ORDER**

# COURT SERVICE LIST

*Attorneys for Kasian Franks Examinee*
Campeau, Goodsell Smith
Gregory J. Charles, Esq.
440 N. 1st St., #100
San Jose, CA 95112
(408) 295-9555
*gcharles@campeaulaw.com*

*Debtor*
SeeqPod, Inc.
13998 Shadow Oaks Way
Saratoga, CA 95070

*Chapter 7 Trustee*
Mohamed Poonja
P.O. Box 1510
Los Altos, CA 94023-1510
*mpoonja@sbcglobal.net*

*Attorneys for Chapter 7 Trustee*
Luce, Forward, Hamilton & Scripps LLP
Barry Milgrom, Esq.
Rincon Center II, Suite 200
121 Spear Street
San Francisco, California 94105
*BMilgrom@LUCE.com*

*Attorneys for WMG Creditors*
Munger, Tolles & Olson LLP
Seth Goldman, Esq.
355 South Grand Avenue, Suite 3500
Los Angeles, CA 90071-1560
*Seth.goldman@mto.com*

*Attorneys for EMI Creditors*
Pryor Cashman LLP
Donald S. Zakarin, Esq.
Richard Levy, Jr., Esq.
Frank P. Scibilia, Esq.
New York, New York 10036
*dzakarin@pryorcashman.com*
*rlevy@pryorcashman.com*
*fscibilia@pryorcashman.com*

*Attorneys for EMI Creditors*
Jeffer, Mangels, Butler & Marmaro LLP
Walter Goulsbury, III, Esq.
Wesley Kinnear, Esq.
Two Embarcadero Center, 5th Floor
San Francisco, California 94111
*wwg@jmbm.com*
*jwk@jmbm.com*

*U.S. Trustee*
Office of the U.S. Trustee
John S. Wesalowski, Esq.
U.S. Federal Building, Suite 268
280 South 1st Street
San Jose, CA 95113-3004
*john.wesolowski@usdoj.gov*

*Former Attorneys for Debtor*
Campeau, Goodsell Smith
Scott L. Goodsell, Esq.
Gregory J. Charles, Esq.
440 North 1st Street, #100
San Jose, CA 95112
*gcharles@campeaulaw.com*

*Special Notice*
Farella, Braun + Martel LLP
Kelly A. Woodroof, Esq.
Deepak Gupta, Esq.
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
*kwoodroof@fbm.com*
*dgupta@fbm.com*

*Special Notice - Attorneys for VW Credit*
Brice, Vander Linden & Wernick, P.C.
Larry Buckley, Esq.
9441 LBJ Freeway, Suite 350
Dallas, Texas 75243
*notice@bkcylaw.com*

*Special Notice*
Kokjer, Pierotti, Maiocco & Duck LLP
Certified Public Accountants
Richard L. Pierotti
351 California Street, Suite 300
San Francisco, CA 94101
*rpierotti@kpmd.com*

- 4 -
11811060.2
ORDER AWARDING SANCTIONS
Case: 09-52226  Doc# 111  Filed: 10/05/10  Entered: 10/05/10 14:20:55  Page 4 of 4