The following constitutes
the order of the court. Signed October 05, 2010

_____
Roger L. Efremsky
U.S. Bankruptcy Judge
_____

FRANK P. SCIBILIA (admitted pro hac vice)
fscibilia@pryorcashman.com
RICHARD M. LEVY (admitted pro hac vice)
rlevy@pryorcashman.com
PRYOR CASHMAN LLP
7 Times Square
New York, NY 10036
Telephone: (212) 421-4100
Facsimile: (212) 798-6375

Attorneys for Creditors
CAPITOL RECORDS, LLC, CAROLINE RECORDS,
INC., VIRGIN RECORDS AMERICA, INC., COLGEMS-
EMI MUSIC INC., EMI APRIL MUSIC INC., EMI
BLACKWOOD MUSIC, EMI FEIST CATALOG INC.,
EMI FULL KEEL MUSIC, EMI GOLDEN TORCH
MUSIC CORP., EMI GOLD HORIZON MUSIC CORP.,
EMI GROVE PARK MUSIC, INC., EMI LONGITUDE
MUSIC, EMI MILLER CATALOG INC., EMI ROBBINS
CATALOG INC., EMI U CATALOG, INC., EMI VIRGIN
MUSIC, INC., EMI VIRGIN SONGS, INC., EMI
WATERFORD MUSIC, INC., JOBETE MUSIC CO. INC.,
SCREEN GEMS-EMI MUSIC INC. and STONE
DIAMOND MUSIC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>SEEQPOD, INC.,<br><br>Debtor. | Case No. 09-52226-RLE-7<br><br>Chapter 11<br><br>Honorable Roger L. Efremsky<br><br>**ORDER AWARDING SANCTIONS AGAINST KASIAN FRANKS** |

On September 29, 2010 at 10:30 a.m., the above-referenced matter came on for hearing related to the WMG and EMI Creditors' Motion for Sanctions against Kasian Franks. For the reasons stated on the record at the hearing, the Court in its discretion finds that good cause exists

1  to sanction Mr. Franks in an amount equal to eighty percent of the fees requested by the WMG
2  and EMI Creditors, respectively.
3  Therefore, it is hereby ORDERED that as a sanction for his discovery misconduct, Mr.
4  Franks shall pay to the EMI Creditors (through their counsel) the amount of $3,707.90 within
5  thirty days of the date of this order.

**END OF ORDER**

**COURT SERVICE LIST**

*Attorneys for Kasian Franks Examinee*
Campeau, Goodsell Smith
Gregory J. Charles, Esq.
440 N. 1st St., #100
San Jose, CA 95112
(408) 295-9555
*gcharles@campeaulaw.com*

*Debtor*
SeeqPod, Inc.
13998 Shadow Oaks Way
Saratoga, CA 95070

*Chapter 7 Trustee*
Mohamed Poonja
P.O. Box 1510
Los Altos, CA 94023-1510
*mpoonja@sbcglobal.net*

*Attorneys for Chapter 7 Trustee*
Luce, Forward, Hamilton & Scripps LLP
Barry Milgrom, Esq.
Rincon Center II, Suite 200
121 Spear Street
San Francisco, California 94105
*BMilgrom@LUCE.com*

*Attorneys for WMG Creditors*
Munger, Tolles & Olson LLP
Seth Goldman, Esq.
355 South Grand Avenue, Suite 3500
Los Angeles, CA 90071-1560
*Seth.goldman@mto.com*

*Attorneys for EMI Creditors*
Pryor Cashman LLP
Donald S. Zakarin, Esq.
Richard Levy, Jr., Esq.
Frank P. Scibilia, Esq.
New York, New York 10036
*dzakarin@pryorcashman.com*
*rlevy@pryorcashman.com*
*fscibilia@pryorcashman.com*

| | |
|---|---|
| 1 | *Attorneys for EMI Creditors* |
| 2 | Jeffer, Mangels, Butler & Marmaro LLP |
| | Walter Goulsbury, III, Esq. |
| 3 | Wesley Kinnear, Esq. |
| | Two Embarcadero Center, 5th Floor |
| 4 | San Francisco, California 94111 |
| | *wwg@jmbm.com* |
| 5 | *jwk@jmbm.com* |
| 6 | *U.S. Trustee* |
| 7 | Office of the U.S. Trustee |
| | John S. Wesalowski, Esq. |
| 8 | U.S. Federal Building, Suite 268 |
| | 280 South 1st Street |
| 9 | San Jose, CA 95113-3004 |
| | *john.wesolowski@usdoj.gov* |
| 10 | |
| 11 | *Former Attorneys for Debtor* |
| | Campeau, Goodsell Smith |
| 12 | Scott L. Goodsell, Esq. |
| | Gregory J. Charles, Esq. |
| 13 | 440 North 1st Street, #100 |
| | San Jose, CA 95112 |
| 14 | *gcharles@campeaulaw.com* |
| 15 | *Special Notice* |
| 16 | Farella, Braun + Martel LLP |
| | Kelly A. Woodroof, Esq. |
| 17 | Deepak Gupta, Esq. |
| | 235 Montgomery Street, 17th Floor |
| 18 | San Francisco, CA 94104 |
| | *kwoodroof@fbm.com* |
| 19 | *dgupta@fbm.com* |
| 20 | |
| | *Special Notice - Attorneys for VW Credit* |
| 21 | Brice, Vander Linden & Wernick, P.C. |
| | Larry Buckley, Esq. |
| 22 | 9441 LBJ Freeway, Suite 350 |
| | Dallas, Texas 75243 |
| 23 | *notice@bkcylaw.com* |
| 24 | |
| | *Special Notice* |
| 25 | Kokjer, Pierotti, Maiocco & Duck LLP |
| | Certified Public Accountants |
| 26 | Richard L. Pierotti |
| | 351 California Street, Suite 300 |
| 27 | San Francisco, CA 94101 |
| | *rpierotti@kpmd.com* |
| 28 | |